UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**HOLGER FIALLO**,

          Plaintiff,

    v.

**ALEN CORPORATION**,

          Defendant.

Case No. 1:21−cv−02455

## STIPULATION FOR DISMISSAL

Plaintiff, Holger Fiallo, and Defendant, Alen Corporation, by and through their undersigned counsel, hereby stipulate that:

1. This action shall be DISMISSED, with prejudice, as between all parties, and;

2. Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

Dated: September 29, 2021

| | |
|---|---|
| NYE STIRLING, HALE & MILLER, LLP | O'HAGAN MEYER LLC |
| By: */s/ Benjamin J. Sweet* <br> Benjamin J. Sweet, Esq. <br> ben@nshmlaw.com <br> 1145 Bower Hill Road, Ste 104 <br> Pittsburgh, Pennsylvania 15243 | By: */s/ Ryan T. Benson* <br> Ryan T. Benson, Esq. <br> rbenson@ohaganmeyer.com <br> One East Wacker Drive, Ste 3400 <br> Chicago, Illinois 60601 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

    I, Benjamin J. Sweet, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants this 29th day of September, 2021.

                                                   */s/ Benjamin J. Sweet*
                                                        Benjamin J. Sweet